UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | Case No. 16-28820 |
| WOODLYN, INC. ) | Judge Janet S. Baer |
| ) | |
| Debtor. ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF WOODLYN, INC.**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("Q&B"), attorneys for Trustee, of compensation of $1,206.00 for 2.9 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) from November 2, 2016 to the present.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.  On September 8, 2016, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.  The 341 meeting was held on October 5, 2016.

3.  Trustee filed his Initial Report of Assets on October 12, 2016.

4.  On November 22, 2016, this Court entered an Order granting Trustee's application to employ Quarles & Brady as Trustee's General Counsel, retroactive to November 2, 2016.

5.  Trustee is currently holding approximately $27,716.32 in his Trustee bank account for this matter.

6.  All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY
### QUARLES & BRADY LLP

7.  Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on November 22, 2016, retroactive to November 2, 2016. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

8.  Q&B prepared, drafted and obtained court approval to retain Q&B as Trustee's General Counsel and David Horwitz and PBG Financial Services, Ltd. as Trustee's Accountants. Q&B also prepared this Application for Compensation and the request for payment for David Horwitz and PBG Financial Services, Ltd. In connection with the retentions and requests for payment, Q&B expended 2.9 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,206.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Thanhan Nguyen | 1.8 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

9. Since November 2, 2016, Q&B has devoted 2.9 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,206.00.

10. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

11. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $1,206.00 for actual, necessary and valuable professional services rendered;

B. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:   /s/Philip V. Martino
      Trustee

Philip V. Martino
Thanhan Nguyen
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000

3



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: 2305066 | Privileged & Confidential |
| Invoice Date: September 30, 2017 | |

Woodlyn, Inc., Philip V. Martino Trustee
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 07, 2017
Re: Professional Retention
Q & B Matter Number: 164146.00003

| | | |
|---|---|---|
| Current Fees: | $ | 576.00 |
| Current Total Due: | $ | 576.00 |
| **TOTAL AMOUNT DUE:** | $ | **576.00** |

# EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Woodlyn, Inc., Philip V. Martino Trustee Chapter 7 Bankruptcy　　　September 30, 2017
RE: Professional Retention　　　Invoice Number: 2305066
Q & B Matter Number: 164146.00003　　　Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/22/16 | Attend hearing on application to employ counsel for trustee. | TNGUYEN1 | 0.50 |
| 06/05/17 | Review and revise application to employ accountant. | TNGUYEN1 | 0.50 |
| 06/29/17 | Attend hearing on application to employ accountant. | TNGUYEN1 | 0.80 |
| 06/29/17 | Emails to/from accountant regarding effective date of retention and risks of performing service before order is entered. | PMARTINO | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.10 | 630.00 | 63.00 |
| TNGUYEN1 | Thanhan Nguyen | 1.80 | 285.00 | 513.00 |
| Total | | 1.90 | | 576.00 |

Total Fees:　　　$　　576.00

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** (PVM) is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate is $630.00.

**Thanhan (An) Nguyen** (TN) is an associate at Quarles & Brady in the Restructuring, Bankruptcy & Creditors' Rights Group. He graduated from University of Texas at Dallas (B.S., *magna cum laude*, 2011) and received his J.D. from University of Illinois College of Law (*magna cum laude*, 2015). Mr. Nguyen's hourly billing rate for fiscal year 2015 was $265.00, and his hourly billing rate for fiscal year 2016 is $285.00.

# EXHIBIT B

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

# EXHIBIT C

QB\48018906.1

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\48018906.1