UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 16-28820 |
| WOODLYN, INC. | ) | Judge Janet S. Baer |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF FEES OF
PBG FINANCIAL SERVICES, LTD., ACCOUNTANTS**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. §330, for authority to pay $750.00 to PBG Financial Services, Ltd. (hereafter "**PBG**") for services rendered.

In support of this First and Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On September 8, 2016 Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case.

2. The Meeting of Creditors was held on October 5, 2016.

3. Debtor turned over the proceeds of a scheduled checking account in the amount of $26,649.85.

4. On June 29, 2017, this Court entered an order allowing Trustee to retain David Horwitz and PBG Financial Services, Ltd. as his accountants.

5. The Trustee currently holds approximately $27,716.32 in his account for this estate.

6. All professional services for which compensation is requested herein were performed by PBG and on behalf of the Trustee and not for or on behalf of any creditor or any other person.

QB\48018965.1

PBG prepared the Federal and Illinois tax returns for the year ended December 31, 2016. An itemized breakdown of services rendered is attached as **Exhibit A**.

7. This is PBG's first and final fee application.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A. Authorizing to PBG compensation in this bankruptcy proceeding in the amount of $750.00 for services rendered.

B. Authorizing and directing Trustee to remit payment to PBG in the amount requested above; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

**PHILIP V. MARTINO, as Trustee**

By: /s/ Philip V. Martino
    Philip V. Martino, Trustee

Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

2

QB\48018965.1

**PBG FINANCIAL SERVICES LTD**
666 DUNDEE ROAD, SUITE 401
NORTHBROOK, IL 60062-2733
(847) 291-1400

Client 00568
July 6, 2017

WOODLYN, INC. (16-28820)
C/O PHILIP MARTINO
300 N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
847-952-8330

| FEDERAL FORMS | |
|---|---|
| Form 1120S | 2016 U.S. S Corporation Income Tax Return |
| Schedule K-1 | Shareholder's Income, Deductions, Credits, etc |
| Form 1125-A | Cost of Goods Sold |
| Form 1125-E | Compensation of Officers |
| Form 4562 | Depreciation and Amortization |
| Form 7004 | Automatic Extension of Time to File |
| Form 8879-S | IRS e-file Signature Authorization |
| | Depreciation Schedules |
| Basis Sch | Shareholders' Basis Computation |

| ILLINOIS FORMS | |
|---|---|
| Form IL-1120-ST | 2016 IL Small Business Corporation Tax Return |
| Schedule B | Shareholders' Identification |
| Form IL-4562 | Special Depreciation |
| Schedule K-1P | Shareholders' Inc., Deds., Creds. |
| | Depreciation Schedules |

| FEE SUMMARY | | |
|---|---|---|
| Preparation Fee | $ | 750.00 |
| Amount Due | $ | 750.00 |

**EXHIBIT A**