# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 16-28820 |
| WOODLYN, INC. | ) | Judge Janet S. Baer |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

Philip V. Martino, Trustee, certifies that on November 15, 2017, he caused the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object**, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Patrick S. Layng  　　　　　　　　USTPRegion11.ES.ECF@usdoj.gov
- Sherry Lowe Johnson 　　　　　　sljohnson@clarkhill.com
- Jobson Medical Information, LLC   wsoister@jhihealth.com

In addition to the ECF service, Debtor, Woodlyn, Inc., 2920 Malmo Drive, Arlington Heights, Illinois 60005, was served by U.S. mail. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　/s/ Philip V. Martino
　　　　　　　　　　　　　　　　　　　Philip V. Martino, Trustee

Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\49334295.1