UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
WOODLYN, INC., § Case No. 16-28820
§
§
      Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 115,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,015.64 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 3,951.77 | |

      3) Total gross receipts of $ 28,365.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,397.94 (see **Exhibit 2**), yielded net receipts of $ 5,967.41 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,951.77 | 3,951.77 | 3,951.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,000.00 | 2,000.00 | 2,000.00 | 2,015.64 |
| **TOTAL DISBURSEMENTS** | $ 2,000.00 | $ 5,951.77 | $ 5,951.77 | $ 5,967.41 |

4) This case was originally filed under chapter 7 on 09/08/2016 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/27/2018            By:/s/PHILIP V. MARTINO
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wintrust Checking 4987 | 1129-000 | 26,649.85 |
| Hartford Fire Insurance Company Refund | 1229-000 | 1,715.50 |
| **TOTAL GROSS RECEIPTS** | | **$28,365.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WOODLYN, INC., | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 22,397.94 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 22,397.94** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,346.74 | 1,346.74 | 1,346.74 |
| International Sureties, Ltd. | 2300-000 | NA | 10.12 | 10.12 | 10.12 |
| Associated Bank | 2600-000 | NA | 383.76 | 383.76 | 383.76 |
| Payville USA | 2690-000 | NA | 255.15 | 255.15 | 255.15 |
| PBG Financial Services Ltd | 2810-000 | NA | 750.00 | 750.00 | 750.00 |
| QUARLES & BRADY LLP | 3110-000 | NA | 1,206.00 | 1,206.00 | 1,206.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,951.77 | $ 3,951.77 | $ 3,951.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jobson Medical Information, LLC | 7100-900 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
|  | Jobson Medical Information, LLC | 7990-900 | NA | NA | NA | 15.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,015.64 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-28820 | JSB | Judge: | Janet S. Baer | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | WOODLYN, INC., | | | | Date Filed (f) or Converted (c): | 09/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/05/2016 |
| For Period Ending: | 11/27/2018 | | | | Claims Bar Date: | 01/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wintrust Checking 4987 | 25,899.48 | 26,649.85 | | 26,649.85 | FA |
| 2. Small Equipment and Parts (Inventory) | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Office Equipment, Computers, Built-in Desks and Office Furni | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. Avoidance Actions (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. Hartford Fire Insurance Company Refund (u) | 0.00 | 5,200.00 | | 1,715.50 | FA |
| 6. Obsolete Forklift and Computers | 0.00 | 0.00 | | 0.00 | FA |
| 7. Woodlyn name (intangible/intellectual property) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $140,899.48   $31,849.85   $28,365.35   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report filed on 11/15/17.

RE PROP #    5   --   The Hartford called to inform Trustee check was issued in the wrong amount.  Asset value is $1,715.50, not $5,200.  Overpayment was promptly refunded.
Check No. 3002
Asset #5

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-28820 | Trustee Name: PHILIP V. MARTINO |
| Case Name: WOODLYN, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX7924 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/27/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/16 | 1 | Woodlyn, Inc. | Turnover of Bank Funds Check was held for training purposes while we changed over to .net program. | 1129-000 | $26,649.85 | | $26,649.85 |
| 10/21/16 | 3001 | Payville USA 800 Enterprise Drive Suite 201 Oak Brook, IL  60523 | Pay payroll processing | 2690-000 | | $255.15 | $26,394.70 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.15 | $26,375.55 |
| 11/29/16 | 5 | Hartford Fire Insurance Company Hartford, CT 06115 | Insurance Refund | 1229-000 | $5,200.00 | | $31,575.55 |
| 11/30/16 | 3002 | The Hartford Financial Services Group, Inc. 301 Woods Park Drive Clinton, NY  13323 | Refund of overpayment Reversal Wrong amount.  Check not printed. | 8500-000 | | ($1,715.50) | $33,291.05 |
| 11/30/16 | 3002 | The Hartford Financial Services Group, Inc. 301 Woods Park Drive Clinton, NY  13323 | Refund of overpayment The Hartford informed Trustee the $5,200 check was issued in error.  Check should have been $1,715.50.  Check not printed. | 8500-001 | | $1,715.50 | $31,575.55 |
| 11/30/16 | 3003 (5) | The Hartford Fire Insurance Company | Refund of overpayment Hartford informed Trustee check was issued in wrong amount.  Should have been issued in the amount of $1,715.50. | 1229-000 | ($3,484.50) | | $28,091.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.44 | $28,052.61 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.71 | $28,009.90 |

Page Subtotals: $28,365.35  $355.45

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-28820 | Trustee Name: PHILIP V. MARTINO |
| Case Name: WOODLYN, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX7924 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/27/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/17 | 3004 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium Pro rata bond premium payment Bond #016073584 Term from 02/01/17 to 02/01/18 | 2300-000 | | $10.12 | $27,999.78 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.65 | $27,958.13 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.55 | $27,920.58 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.51 | $27,879.07 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.11 | $27,838.96 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.38 | $27,797.58 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.99 | $27,757.59 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.27 | $27,716.32 |
| 12/19/17 | 3005 | PHILIP V. MARTINO 300 N LASALLE ST SUITE 4000 CHICAGO, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,346.74 | $26,369.58 |
| 12/19/17 | 3006 | PBG Financial Services Ltd 666 Dundee Road, Suite 401 Northbrook, IL 60062-2733 | Final distribution representing a payment of 100.00 % per court order. | 2810-000 | | $750.00 | $25,619.58 |
| 12/19/17 | 3007 | QUARLES & BRADY LLP 300 North LaSalle Street Suite 4000 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,206.00 | $24,413.58 |
| | | | Page Subtotals: | | $0.00 | $3,596.32 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-28820 | Trustee Name: PHILIP V. MARTINO |
| Case Name: WOODLYN, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX7924 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/27/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/17 | 3008 | Jobson Medical Information, LLC<br>P.O. Box 35021<br>Newark, NJ 07193 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,015.64 | $22,397.94 |
| | | | ($15.64) | 7990-900 | | | |
| | | Jobson Medical Information, LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,000.00) | 7100-900 | | | |
| 12/19/17 | 3009 | WOODLYN, INC.,<br>2920 MALMO DRIVE<br>ARLINGTON HEIGHTS, IL  60005 | Distribution of surplus funds to debtor. | 8200-002 | | $22,397.94 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $28,365.35 | $28,365.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,365.35 | $28,365.35 |
| Less: Payments to Debtors | $0.00 | $22,397.94 |
| Net | $28,365.35 | $5,967.41 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $24,413.58 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0067 - Checking | $28,365.35 | $5,967.41 | $0.00 |
|  | $28,365.35 | $5,967.41 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,365.35 |
| Total Gross Receipts: | $28,365.35 |